## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:06cr00268 (PCD) |
| | : | |
| SAMUEL KENNETH CLEMONS | : | |

### ORDER ON MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES

The Defendant, Samuel K. Clemons, moves for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 USC § 3582 [Doc. No. 1464]. The Court upholds its March 11, 2008 Order [Doc. No. 1198] stating that Defendant is ineligible for a reduction based on his status as a career offender.

SO ORDERED.

Dated at New Haven, Connecticut, June 10, 2010.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court